No. 74–411.   Shropshire v. United States.   C. A. 6th Cir.   Certiorari dismissed under this Court's Rule 60.

No. 74–472.   North Central Truck Lines, Inc. v. United States et al.   Affirmed on appeal from D. C. W. D. Mo.

No. 74–602.   Port Royal Marine Corp. et al. v. United States et al.   Affirmed on appeal from D. C. S. D. Ga.